MJS/2005R00107

RECEIVED-CLERK

2005 APR 12 P 2: 50

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : Criminal No. 05- 259-JBS |
| | : |
| v. | : 21 U.S.C. § 846 |
| | : 18 U.S.C. §§ 924(c)(1)(A) and 2 |
| RICHARD LOPEZ-ARIAS, | : |
| a/k/a "Oswald Aceves," | : |
| a/k/a "Tomato," | : INDICTMENT |
| DAVID ROLAN, | : |
| a/k/a "John Cortez," | : |
| a/k/a "Eddie," | : |
| GABRIELE ESQUIVEL-CORONA, | : |
| a/k/a "Jose" | : |

The Grand Jury in and for the District of New Jersey, sitting at Camden, charges:

Count 1

On or about November 30, 2004, to on or about December 2, 2004, in Cumberland County, in the District of New Jersey, and elsewhere, the defendants,

RICHARD LOPEZ-ARIAS,
a/k/a "Oswald Aceves,"
a/k/a "Tomato,"
DAVID ROLAN,
a/k/a "John Cortez,"
a/k/a "Eddie,"
GABRIELE ESQUIVEL-CORONA,
a/k/a "Jose,"

did knowingly and intentionally conspire and agree with each other and with others to distribute and to possess with intent to distribute five hundred or more grams of cocaine, a Schedule II narcotic controlled substance, contrary to Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

In violation of Title 21, United States Code, Section 846.

Count 2

On or about December 2, 2004, in Cumberland County, in the District of New Jersey, and elsewhere, the defendants,

>    RICHARD LOPEZ-ARIAS,
>       a/k/a "Oswald Aceves,"
>       a/k/a "Tomato,"
>    DAVID ROLAN,
>       a/k/a "John Cortez,"
>       a/k/a "Eddie,"
>    GABRIELE ESQUIVEL-CORONA,
>       a/k/a "Jose,"

did knowingly and wilfully use, carry, and possess a firearm, namely, a .30 Carbine caliber Iver Johnson Arms semiautomatic rifle, serial number SS01223 and a 12 gauge Eastfield pump action shotgun, during in and in relation to a drug trafficking crime, for which the defendants may be prosecuted in a court of the United States, that is the conspiracy to distribute and to possess with intent to distribute cocaine, as charged in Count 1 above.

In violation of Title 18, United States Code, Sections 924(c)(1)(A) and 2.

A TRUE BILL

_____
FOREPERSON

_____
CHRISTOPHER J. CHRISTIE
United States Attorney

CASE NUMBER: 2005R00107

# United States District Court
# District of New Jersey

UNITED STATES OF AMERICA

v.

RICHARD LOPEZ-ARIAS,
   a/k/a "Oswald Aceves,"
   a/k/a "Tomato,"
DAVID ROLAN,
   a/k/a "John Cortez,"
   a/k/a "Eddie,"
GABRIELE ESQUIVEL-CORONA,
   a/k/a "Jose"

# INDICTMENT

Title 21, United States Code, Section 846
Title 18 United States Code, Sections 924(c)(1)(A) and 2

A True Bill,

*[signature]*

Foreperson

**CHRISTOPHER J. CHRISTIE**
U.S. ATTORNEY
NEWARK, NEW JERSEY

*MATTHEW J. SKAHILL*
Special Assistant U.S. Attorney
Camden, New Jersey

USA-48AD 8
(Ed. 1/97)